UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>AKUMIN INC., *et al*.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-90827 (CML)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Arianna G. Goodman and the law firm of Vedder Price P.C. ("Vedder Price") hereby enters their appearance as counsel for Siemens Financial Services, Inc. ("Siemens Financial"), in the above referenced bankruptcy case pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that Siemens Financial hereby appears in the above-captioned case by its counsel, Arianna G. Goodman of Vedder Price, and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings given or filed in this case, be given and served upon it at the following address, telecopy, e-mail and telephone numbers:

>Arianna G. Goodman
>VEDDER PRICE P.C.
>300 Crescent Court, Suite 400
>Dallas, TX
>75201
>Tel: 469.895.4800
>Fax: 469.895.4802
>agoodman@vedderprice.com

-2-

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Siemens Financial's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Siemens Financial's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Siemens Financial's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Siemens Financial is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

-3-

Dated:  November 7, 2023

Respectfully submitted,

SIEMENS FINANCIAL SERVICES, INC.

By:   /s/*Arianna G. Goodman*

Arianna G. Goodman
VEDDER PRICE P.C.
300 Crescent Court, Suite 400
Dallas, TX
75201
Tel: 469.895.4800
Fax: 469.895.4802
agoodman@vedderprice.com