**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AKUMIN INC., *et al.*,[1] | Case No. 23-90827 (CML) |
| Debtors. | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT
ON A FINAL BASIS AND CONFIRMING THE JOINT PREPACKAGED
CHAPTER 11 PLAN OF REORGANIZATION OF AKUMIN INC. AND
ITS DEBTOR AFFILIATES AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

On November 30, 2023, the Honorable Christopher M. Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of Akumin Inc. and its Debtor Affiliates* [Docket No. 272] (the "Confirmation Order") (i) approving, on a final basis, the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Akumin Inc. and its Debtor Affiliates* (the "Disclosure Statement") and (ii) confirming the *Joint Prepackaged Chapter 11 Plan of Akumin Inc. and its Debtor Affiliates* (as supplemented or amended, the "Prepackaged Plan").[2]

The Effective Date of the Prepackaged Plan occurred on February 6, 2024.

Copies of the Prepackaged Plan, the Disclosure Statement, the Plan Supplement, and the Confirmation Order may be obtained free of charge by visiting the website maintained by Epiq Corporate Restructuring LLC at https://dm.epiq11.com/case/akumin. Parties may also obtain any documents filed in the Chapter 11 Cases for a fee via PACER at https://www.pacer.gov/. Please note that a PACER password and login are required to access documents via PACER.

The Prepackaged Plan and the provisions thereof are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against, or Interest in, any of the Debtors and such holder's respective successors and assigns, whether or not such Claim or Interest is Impaired under the Prepackaged Plan and whether or not such holder voted to accept or reject the Prepackaged Plan.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Akumin. The Debtors' service address is 8300 W. Sunrise Boulevard, Plantation, Florida 33322.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Prepackaged Plan.

The Bankruptcy Court has approved the discharge, release, exculpation, injunction, and related provisions in Article VIII of the Prepackaged Plan.

The Prepackaged Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Prepackaged Plan and the Confirmation Order in their entirety.

Dated: February 6, 2024
Houston, Texas

/s/ *Jennifer F. Wertz*

**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
J. Machir Stull (TX Bar No. 24070697)
Victoria N. Argeroplos (TX Bar No. 24105799)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
Email: jwertz@jw.com
Email: mstull@jw.com
Email: vargeroplos@jw.com

*Co-Counsel to the Debtors*
*and Debtors-in-Possession*

**DORSEY & WHITNEY LLP**
Eric Lopez Schnabel (admitted *pro hac vice*)
Rachel P. Stoian (admitted *pro hac vice* )
Michael Galen (admitted *pro hac vice* )
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: schnabel.eric@dorsey.com
Email: stoian.rachel@dorsey.com
Email: galen.michael@dorsey.com

*Co-Counsel to the Debtors*
*and Debtors-in-Possession*

**<u>Certificate of Service</u>**

I certify that on February 6, 2024, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz