United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AKUMIN INC., *et al.*,[1] | Case No. 23-90827 (CML) |
| Reorganized Debtors. | (Jointly Administered)<br>**Re: Docket No. 715** |

### FINAL DECREE CLOSING THE REMAINING CHAPTER 11 CASE

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" and, prior to the Effective Date of the Plan, the "Debtors") for entry of a final decree (this "Final Decree") pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, closing the Remaining Case, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Akumin. The Debtors' service address is 8300 W. Sunrise Boulevard, Plantation, Florida 33322.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Case No. 23-90827, Akumin Inc., is closed, and the Clerk shall close Case No. 23-90827, Akumin Inc.; *provided* that this Court shall retain jurisdiction as provided in the Plan, the Confirmation Order, and this Final Decree:

2. Within 21 days after entry of this Final Decree, Akumin Inc. shall file a post-confirmation report for the period April 1, 2024 through June 30, 2024, and a final post-confirmation report for the period July 1, 2024 to the date of this Final Decree; shall serve a copy of such reports on counsel for the United States Trustee; and shall pay all outstanding statutory fees to the United States Trustee. The Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

3. Following the completion of the services identified in paragraphs 4 and 5 below, and except as otherwise agreed between the Reorganized Debtors and Epiq, Epiq shall have no further obligations to this Court or any party in interest with respect to the services Epiq provided in these Chapter 11 Cases.

4. Consistent with Epiq's Retention Order [Docket No. 51], within thirty days after entry of this Final Decree, Epiq shall forward to the Clerk an electronic version of all imaged claims.

5. Epiq will collect and forward any mail regarding these Chapter 11 Cases received after entry of this Final Decree as soon as reasonably practicable to the Reorganized Debtors; provided that the Reorganized Debtors shall provide Epiq with reasonable compensation and reimburse Epiq for its reasonable and documented expenses in connection with any such mail

forwarding services provided by Epiq to the Reorganized Debtors after the date of entry of this Final Decree.

6. For the avoidance of doubt, nothing in this Final Decree shall impact any claims that Siemens Medical Solutions USA, Inc. and its affiliates may hold against any of the Reorganized Debtors or any obligations of the Reorganized Debtors in connection therewith.

7. This Final Decree is immediately effective and enforceable upon its entry.

8. The Reorganized Debtors, or any Entity authorized pursuant to the Plan, and their respective agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

Signed: August 13, 2024

_____
Christopher Lopez
United States Bankruptcy Judge